IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAL HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-CV-4004-JPG |
| ) | |
| MIDWEST TRANSIT, INC., et. al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This matter having come before the Court, the issues having been heard, and the Court have rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff, Hal D. Hicks, against Defendant Midwest Transit, Inc. in this case are **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that all claims by the plaintiff, Hal. D. Hicks, against the Defendant Don Hoagland in this case are **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Hal D. Hicks's claim against Defendant HARRIS*direct* LLC, f/k/a Harris Investor Services LLC for wrongful attachment (Count IV) is **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant HARRIS*direct* LLC, f/k/a Harris Investor Services LLC and against Plaintiff Hal D. Hicks's on Hicks's negligence claim (Count V) and that this claim is **DISMISSED with prejudice.**

**DATE: March 9, 2006.**

NORBERT G. JAWORSKI, CLERK

By:s/Deborah Agans, Deputy Clerk

**APPROVED:**   /s/ J. Phil Gilbert
                J. PHIL GILBERT
                U.S. District Judge