IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAL HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 03-CV-4004-JPG |
| | ) |
| MIDWEST TRANSIT, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter comes before the Court on Hicks' Motion for Leave to File Rule 59(e) Motion Instanter, or in the Alternative, to Consider the 59(e) Motion a Rule 60(b) Motion (Doc. 121). Hicks has also filed a motion for extension of time to file his notice of appeal (Doc. 124).

On March 9, 2006, the Court entered judgment against Hicks after it granted HARRIS*direct* LLC's ("Harris") motion for summary judgment. (Docs. 119, 120). Federal Rule of Civil Procedure 59(e) states, "Any motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment." Despite the fact that Hicks did not file his motion for leave within the 10-period, he requests leave to file a motion under the rule. As Hicks has cited to no authority indicating that a Rule 59(e) motion may be filed after the 10-day period stated in the rule, to the extent he requests leave to file under Rule 59(e) his motion is **DENIED**. In the alternative, he requests leave to consider the Rule 59(e) motion as a Rule 60(b) motion. There is no reason to request such relief because Hicks has not yet filed a Rule 59(e) motion. He attempted to file such a motion concurrently with his motion for leave to do so, but it was stricken. In any event, a Court must treat a motion challenging a judgment filed after the 10-day period as one under Rule 60(b).

*United States v. Deutsch*, 981 F.2d 299, 300-01 (7th Cir. 1992).  Therefore, the remainder of Hicks' motion is **DENIED** as well.

Hicks' motion for extension of time is **GRANTED**.  If Hicks wishes to appeal, he shall file his notice of appeal on or before April 21, 2006.

## CONCLUSION

Hicks' motion for leave (Doc. 121) is **DENIED**.  Hicks' motion for extension of time is **GRANTED**.

**IT IS SO ORDERED.**

**Dated: April 17, 2006.**

      /s/ J. Phil Gilbert
J. PHIL GILBERT
U.S. District Judge